UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KRYSTEL THEUVENIN,<br><br>       Plaintiff,<br><br>    -v.-<br><br>URBAN ARTS PARTNERSHIP, et al.,<br><br>       Defendants. | 23 Civ. 05100 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  In light of the filing of the Amended Complaint, ECF No. 16, Defendants' motion to dismiss the original Complaint, ECF No. 13, is DENIED without prejudice as moot.

  Defendants shall respond to the Amended Complaint by **October 10, 2023**. If Defendants renew their motion to dismiss, Plaintiff shall file any opposition to the renewed motion by **October 31, 2023**. Defendants shall file any reply by **November 14, 2023**.

  The Clerk of Court is directed to terminate ECF No. 13.

  SO ORDERED.

Dated: September 26, 2023
    New York, New York

                      _____
                      JENNIFER H. REARDEN
                      United States District Judge