UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRYSTEL THEUVENIN,

                Plaintiff,

-v-

URBAN ARTS PARTNERSHIP and SHANNON MORAN,

                Defendants.

CIVIL ACTION NO. 23 Civ. 5100 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' mediation (the "Mediation") scheduled for December 7, 2023 (see ECF min. entry Nov. 2, 2023), the Court orders as follows:

1. The initial case management conference scheduled for November 15, 2023 is ADJOURNED sine die and will be rescheduled, if necessary, after the Mediation.

2. By **December 14, 2023**, the parties shall file a joint letter reporting on the status of the Mediation.

Dated:     New York, New York
            November 3, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge