# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4021 Direct

---

Defendants' request at ECF No. 25 is GRANTED.  By **January 19, 2024**, the parties shall file a stipulation of dismissal for the attention of the Honorable Jennifer H. Rearden.

The Clerk of Court is respectfully directed to close ECF No. 25.

SO ORDERED 1/12/2024

*Sarah Cave*
SARAH L. CAVE
United States Magistrate Judge

---

**VIA ECF**

Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: **Theuvenin v. Urban Arts Partnership**
       **Case No.: 1:23-cv-05100 (JHR) (SLC)**

Dear Judge Cave:

  We represent the Defendants in connection with the above-referenced case.  We write pursuant to the Court's December 14, 2023 Order (ECF Docket # 24) to respectfully request a brief, one week extension of time from January 12, 2024 through and including January 19, 2024, for the parties to file a stipulation of dismissal.  The parties have finalized settlement papers but need additional time for the documents to be executed by all parties so that the stipulation of dismissal can be filed.  This is the first request for an extension of this deadline and it does not affect any other scheduled date. We reached out to Plaintiff's counsel for their position on this request but have not yet received a response (and given the deadline, time of day and as we don't have the signed stipulation to file are submitting this letter without such response).

  We thank the Court for its attention to this matter.

           Respectfully submitted,

          JACKSON LEWIS P.C.

          Jason A. Zoldessy

cc: All Counsel (Via ECF)